UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

GWENDOLYN GRAY, et al.                                                                    PLAINTIFFS

V.                                                    CIVIL ACTION NO. 3:21-CV-710-KHJ-LGI

MISSISSIPPI DEPARTMENT OF
REHABILITATION SERVICES                                                             DEFENDANT

FINAL JUDGMENT

For the reasons stated in the Court's Order entered June 24, 2022, and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Mississippi Department of Rehabilitation Services. Gray's and McCurdy's claims are dismissed with prejudice. This case is closed.

SO ORDERED, this the 24th day of June, 2022.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE