

# United States Court of Appeals
## for the Fifth Circuit

Certified as a true copy and issued as the mandate on Jan 30, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

_____

No. 22-60411
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit
**FILED**
January 6, 2023
Lyle W. Cayce
Clerk

Gwendolyn Gray; Clell O. McCurdy,

        *Plaintiffs—Appellants*,

versus

Mississippi Department of Rehabilitation Services,

        *Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:21-CV-710
_____

Before Davis, Duncan, and Engelhardt, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellants pay to appellee the costs on appeal to be taxed by the Clerk of this Court.